**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SCOTTIE WILSON                                                                                          PLAINTIFF

v.                                              No. 4:09CV00773 JLH

BEST LOADING SERVICES, INC.                                                              DEFENDANT

### ORDER

On March 18, 2010, Best Loading Services, Inc., filed a motion for summary judgment. The deadline for responding was April 5, 2010. No response has been filed. Scottie Wilson is directed to file a response *on or before Friday, April 23, 2010*. If he fails to do so, the Court will assume that he does not oppose the motion for summary judgment and will act accordingly.

IT IS SO ORDERED this 16th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE