# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SCOTTIE WILSON                                                                                              PLAINTIFF

v.                                              No. 4:09CV00773 JLH

BEST LOADING SERVICES, INC.                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, judgment is entered in favor of Best Loading Services, Inc., on the claims of Scottie Wilson. The complaint of Scottie Wilson is dismissed with prejudice.

IT IS SO ORDERED this 28th day of April, 2010.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE